STEVEN M. BAKER
Nevada Bar No. 4522
BERTOLDO BAKER CARTER & SMITH
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone : (702) 228-2600
Facsimile : (702) 228-2333
E-mail : joanee@NVLegalJustice.com
*Attorneys for Plaintiff*
KELLY L. TENNYSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KELLY L. TENNYSON, | CASE NO.: 2:18-cv-2260-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO STAY CURRENT DISCOVERY DEADLINES PENDING THE OUTCOME OF PRIVATE MEDIATION** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign business entity; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive, | |
| Defendants. | |

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective counsel of record, hereby stipulate and respectfully request that this Court stay current discovery deadlines in the above captioned matter for the reasons stated below.

**Statement Specifying the Discovery Completed**

In connection with the Rule 26(f) Conference, the parties have served their respective initial disclosures of documents and witnesses. Plaintiff has propounded discovery on Defendant, and received the responses to same on March 11, 2019. Defendant has propounded discovery on Plaintiff, and responses were served on April 29, 2019. Plaintiff propounded a Second Set of Interrogatories on Defendant, and those responses were served on April 15, 2019. Defendant served

Amended Answer to Plaintiff's Second Set of Interrogatories on August 9, 2019. The parties have agreed to the Mediation of this matter, and it will take place on November 4, 2019 before the Honorable Jackie Glass.

**Discovery That Remains to be Completed**

The parties anticipate that the depositions of multiple out-of-state adjusters and managers will be conducted. It is also anticipated that the depositions of all liability and medical experts will be conducted thereafter, as well as the depositions of material fact witnesses. In order to accommodate the Mediation, and avoid potentially unnecessary time and expense, the parties have agreed to schedule and conduct these depositions until after the Mediation. Further, Plaintiff is still treating for her injuries allegedly related to the underlying claim. The parties are also working on dates to schedule Plaintiff's deposition.

**Reasons Why Remaining Discovery Was Not Completed, and Otherwise the Good Cause for the Requested Extension**:

As stated above, the parties have agreed to mediate this matter on November 4, 2019 before Judge Glass.

This case involves allegations of breach of contract and bad faith related to Plaintiff's claims for benefits under her insurance contract with State Farm, and the manner in which it handled those claims. As such, the parties have identified and discussed the depositions of multiple adjusters and/or claims managers. Those individuals are located in the States of Georgia and Washington. The parties desire to avoid the time and expense associated with such depositions pending the anticipated Mediation.

Therefore, the instant Stipulation is submitted by the parties. The parties hereby request that discovery be stayed, and all disclosure and the discovery deadlines be extended. Should the Mediation of November 4, 2019 not result in a resolution of the case, the parties will submit a Proposed Scheduling Order within fifteen (15) days of November 4, 2019.

This stipulated request is submitted for the reasons explained above, in good faith, and not for purposes of undue delay, or for any reason other than a mutual desire to allow for a Mediation of this matter. Should Mediation not resolve this matter, the parties will submit a Joint Status Report and new Proposed Discovery Plan and Schedule Order within fifteen (15) days of November 4, 2019.

DATED: September 23, 2019

**BERTOLDO BAKER CARTER & SMITH**

By: _____
STEVEN M. BAKER (NSB #4522)
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone : (702) 228-2600
Facsimile : (702) 228-2333
E-mail :
joanee@NVLegalJustice.com
*Attorneys for Plaintiff*
*KELLY L. TENNYSON*

DATED: September 23, 2019

**LEWIS BRISBOIS BISGARRD & SMITH**

By: /s/ Pamela McGaha
PAMELA L. MCGAHA (NSB #8181)
CHERYL A. GRAMES (NSB #12752
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
Telephone: 702-893-3383
Facsimile: 702-893-3789
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

*Tennyson v. State Farm*
CASE NO.: 2:18-cv-2260-APG-EJY
**STIPULATION AND ORDER TO STAY CURRENT DISCOVERY DEADLINES**
**PENDING THE OUTCOME OF PRIVATE MEDIATION**

**ORDER**

**IT IS SO ORDERED.**

**DATED** this 24th day of September, 2019.

**UNITED STATES DISTRICT**
**COURT MAGISTRATE JUDGE**

Respectfully submitted by:

STEVEN M. BAKER, ESQ. (NSB #4522)
**BERTOLDO BAKER CARTER & SMITH**
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*
*KELLY L. TENNYSON*